[No. 54509-4-I.  Division One.  August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LIGHT-ROTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00392-8, Brian D. Gain, J., entered July 2, 2004. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick, C.J., and Dwyer, J.

[No. 56907-4-I.  Division One.  August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN E. EUGENE LISHERNESS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 04-1-00652-9, Susan K. Cook, J., entered August 24, 2005. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Agid, J.

[No. 57061-7-I.  Division One.  August 6, 2007.]

SEATTLE UNIVERSITY, *Respondent*, v. YONATHAN KAHSSAI ET AL., *Defendants*, TSE GAYE MILKE ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 05-2-25541-2, Michael Hayden, J., entered August 24 and September 7, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57460-4-I.  Division One.  August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LAVELL MAYBERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09485-9, Nicole MacInnes, J., entered October 5, 2005. *Affirmed* by unpublished per curiam opinion.